IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Becky Kirk, Perry Ayoob, and Dawn Karzenoski, as representatives of a class of similarly situated persons, and on behalf of the CHS/Community Health Systems, Inc. Retirement Savings Plan,<br><br>Plaintiffs,<br>v.<br><br>Retirement Committee of CHS/Community Health Systems, Inc., CHS/Community Health Systems, Inc., John and Jane Does 1-20, Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC,<br><br>Defendants. | Case No. 3:19-cv-00689<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs Becky Kirk, Perry Ayoob, and Dawn Karzenoski hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the District of Minnesota. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary proceedings. I have been charged with two misdemeanor level offenses to which I pled guilty, and two DWI deferred prosecutions resulting in eventual dismissals. All incidents occurred before commencement of law school, and all incidents were fully disclosed in my law school application and to the Minnesota State Bar before my licensure was issued. All of these incidents occurred over a decade ago. I am currently clean and sober, and an active member of Alcoholics Anonymous. The filing fee in the amount of

$100.00 is being tendered to the Clerk via the Court's electronic payment system.

Dated: August 19, 2019

Respectfully submitted,

s/Carl F. Engstrom
**NICHOLS KASTER, PLLP**
Carl F. Engstrom, MN Bar No. 0396298
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
cengstrom@nka.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing *Motion for Admission Pro Hac Vice* was filed via the Court's CM/ECF system on August 19, 2019 (which will send a Notice of Electronic Filing to all counsel of record) and is also serving the same via hand delivery upon:

Retirement Committee of
CHS/Community Health Systems, Inc.
c/o its Registered Agent:
Justin Pitt
4000 Meridian Blvd
Community Health Systems
Franklin, TN 37067-6325

CHS/Community Health Systems, Inc.
c/o its Registered Agent:
Justin Pitt
4000 Meridian Blvd
Community Health Systems
Franklin, TN 37067-6325

Principal Life Insurance Company
c/o its Registered Agent;
Corporation Service Company
505 5th Ave Ste 729
Des Moines, IA, 50309

Principal Management Corporation
c/o its Registered Agent;
Corporation Service Company
505 5th Ave Ste 729
Des Moines, IA, 50309

Principal Global Investors, LLC
c/o its Registered Agent;
Corporation Service Company
505 5th Ave Ste 729
Des Moines, IA, 50309

2

Date: August 19, 2019                    s/Jerry E. Martin
                                         Jerry E. Martin
                                         Barrett Johnston Martin & Garrison, LLC
                                         414 Union Street, Suite 900
                                         Nashville, TN 37219
                                         Tel: (615) 244-2202
                                         Fax: (615) 252-3798
                                         jmartin@barrettjohnson.com

                                         *Attorney for Plaintiffs*

3