# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Becky Kirk, Perry Ayoob, and Dawn Karzenoski, as representatives of a class of similarly situated persons, and on behalf of the CHS/Community Health Systems, Inc. Retirement Savings Plan,<br><br>  Plaintiffs,<br>v.<br><br>Retirement Committee of CHS/Community Health Systems, Inc., CHS/Community Health Systems, Inc., John and Jane Does 1-20, Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC,<br><br>  Defendants. | Case No. 3:19-cv-00689<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs Becky Kirk, Perry Ayoob, and Dawn Karzenoski hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the Western District of New York. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings. The filing fee in the amount of $100.00 is being tendered to the Clerk via the Court's electronic payment system.

Dated: August 19, 2019                     Respectfully submitted,

                                           s/Paul J. Lukas
                                           **NICHOLS KASTER, PLLP**
                                           Paul J. Lukas, MN Bar No. 22084X

4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
lukas@nka.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Motion for Admission Pro Hac Vice* was filed via the Court's CM/ECF system on August 19, 2019 (which will send a Notice of Electronic Filing to all counsel of record) and is also serving the same via hand delivery upon:

Retirement Committee of
CHS/Community Health Systems, Inc.
c/o its Registered Agent:
Justin Pitt
4000 Meridian Blvd
Community Health Systems
Franklin, TN 37067-6325

CHS/Community Health Systems, Inc.
c/o its Registered Agent:
Justin Pitt
4000 Meridian Blvd
Community Health Systems
Franklin, TN 37067-6325

Principal Life Insurance Company
c/o its Registered Agent;
Corporation Service Company
505 5th Ave Ste 729
Des Moines, IA, 50309

Principal Management Corporation
c/o its Registered Agent;
Corporation Service Company
505 5th Ave Ste 729
Des Moines, IA, 50309

Principal Global Investors, LLC
c/o its Registered Agent;
Corporation Service Company
505 5th Ave Ste 729
Des Moines, IA, 50309

Date: August 19, 2019

s/Jerry E. Martin
Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
414 Union Street, Suite 900
Nashville, TN 37219
Tel: (615) 244-2202
Fax: (615) 252-3798
jmartin@barrettjohnson.com

*Attorney for Plaintiffs*