IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Becky Kirk, Perry Ayoob, and Dawn Karzenoski, as representatives of a class of similarly situated persons, and on behalf of the CHS/Community Health Systems, Inc. Retirement Savings Plan,<br><br>Plaintiffs,<br>v.<br><br>Retirement Committee of CHS/Community Health Systems, Inc., CHS/Community Health Systems, Inc., John and Jane Does 1-20, Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC,<br><br>Defendants. | Case No. 3:19-cv-00689<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs Becky Kirk, Perry Ayoob, and Dawn Karzenoski hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the District of Minnesota. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings. The filing fee in the amount of $100.00 is being tendered to the Clerk via the Court's electronic payment system.

Dated:  August 19, 2019

Respectfully submitted,

s/Jacob T. Schutz
**NICHOLS KASTER, PLLP**
Jacob T. Schutz, MN Bar No. 0395648
4600 IDS Center
80 S 8th Street

Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
jschutz@nka.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing *Motion for Admission Pro Hac Vice* was filed via the Court's CM/ECF system on August 19, 2019 (which will send a Notice of Electronic Filing to all counsel of record) and is also serving the same via hand delivery upon:

| | |
|---|---|
| Retirement Committee of<br>CHS/Community Health Systems, Inc.<br>c/o its Registered Agent:<br>Justin Pitt<br>4000 Meridian Blvd<br>Community Health Systems<br>Franklin, TN 37067-6325 | CHS/Community Health Systems, Inc.<br>c/o its Registered Agent:<br>Justin Pitt<br>4000 Meridian Blvd<br>Community Health Systems<br>Franklin, TN 37067-6325 |
| Principal Life Insurance Company<br>c/o its Registered Agent;<br>Corporation Service Company<br>505 5th Ave Ste 729<br>Des Moines, IA, 50309 | Principal Management Corporation<br>c/o its Registered Agent;<br>Corporation Service Company<br>505 5th Ave Ste 729<br>Des Moines, IA, 50309 |
| Principal Global Investors, LLC<br>c/o its Registered Agent;<br>Corporation Service Company<br>505 5th Ave Ste 729<br>Des Moines, IA, 50309 | |

Date: August 19, 2019

s/Jerry E. Martin
Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
414 Union Street, Suite 900
Nashville, TN 37219
Tel: (615) 244-2202
Fax: (615) 252-3798
jmartin@barrettjohnson.com

*Attorney for Plaintiffs*