# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **BECKY KIRK, ET AL.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No. 3:19-cv-00689 |
| **v.** ) | |
| ) | |
| **RETIREMENT COMMITTEE OF CHS/** ) | **JUDGE CAMPBELL** |
| **COMMUNITY HEALTH SYSTEMS, INC.,** ) | **MAGISTRATE JUDGE HOLMES** |
| **ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Defendants Retirement Committee of CHS/Community Health Systems, Inc., and CHS/Community Health Systems, Inc. ("CHS Defendants"), hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the Eastern District of Louisiana. Attached is a Certificate of Good Standing from that Court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

*s/ Stacey C.S. Cerrone*

Name and State Bar Number:
Stacey C.S. Cerrone, Louisiana Bar No. 25860
Business Address: Proskauer Rose LLP, 650 Poydras St., Suite 1800, New Orleans, LA 70130-6416
Phone: 504-310-4088
Facsimile: 504-310-2022
Email: scerrone@proskauer.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served via the Court's ECF system on the following, on this the 29th day of August, 2019:

Kai H. Richter, Esq.
Paul J. Lukas, Esq.
Carl F. Engstrom, Esq.
Brock J. Specht, Esq.
Jacob T. Schutz, Esq.
Nichols Kaster, PLLP
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
krichter@nka.com
lukas@nka.com
cengstrom@nka.com
bspecht@nka.com
jschutz@nka.com

Jerry E. Martin, Esq.
David Garrison, Esq.
Barrett Johnston Martin & Garrison, LLC
414 Union Street, Suite 900
Nashville, TN 37219
jmartin@barrettjohnson.com
dgarrison@barrettjohnston.com

*Counsel for Plaintiffs*

Leslie Goff Sanders, Esq.
Daniel Crowell, Esq.
Webb Sanders PLLC
611 Commerce Street, Suite 3102
Nashville, TN 37203
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

*Counsel for Defendants, Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC*

*s/ George H. Cate, III*
George H. Cate, III, BPR #12595
Jeffrey W. Sheehan, BPR #33534
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
(615) 252-2347
gcate@bradley.com

*Counsel for Defendants Retirement Committee of CHS/Community Health Systems, Inc., and CHS/Community Health Systems, Inc.*