# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Becky Kirk, Perry Ayoob, and Dawn Karzenoski, as representatives of a class of similarly situated persons, and on behalf of the CHS/Community Health Systems, Inc. Retirement Savings Plan, | Case No.: 3:19-cv-00689 |
| | Judge William L. Campbell, Jr. |
| Plaintiff, | Magistrate Judge Barbara D. Holmes |
| vs. | |
| Retirement Committee of CHS/Community Health Systems, Inc., CHS/Community Health Systems, Inc., John and Jane Does 1-20, Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC, | |
| Defendant. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Defendants' Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC, hereby moves for admission to appear pro hac vice in this action. I hereby certify that I am a member in good standing of the United States District Court for the Southern District of Iowa. Attached is a Certificate of Good Standing from the Court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings. The filing fee in the amount of $100.00 is being tendered to the Clerk via the Court's electronic payment system.

Dated: September 3, 2019                                  Respectfully submitted,

                                                          /s/ Leslie C. Behaunek

1

Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: (515) 283-8187
Facsimile: (515) 283-8045
Email: lcbehaunek@nyemaster.com

## CERTIFICATE OF SERVICE

I certify that, on September 3, 2019, I filed the foregoing document through the Court's CM/ECF system, which will automatically notify and send a copy of the document to:

Kai H. Richter, Esq.
Paul J. Lukas, Esq.
Carl F. Engstrom, Esq.
Brock J. Specht, Esq.
Jacob T. Schutz, Esq.
NICHOLS KASTER, PLLP
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
krichter@nka.com
lukas@nka.com
cengstrom@nka.com
bspecht@nka.com
jschutz@nka.com

Jerry E. Martin, Esq.
David Garrison, Esq.
BARRETT JOHNSTON MARTIN & GARRISON, LLC
414 Union Street, Suite 900
Nashville, TN 37219
jmartin@barrettjohnson.com
dgarrison@barrettjohnston.com

*Counsel for Plaintiff*

George H. Cate, III
Jeffrey W. Sheehan
BRADLY ARANT BOULT CUMMINGS LLP
1600 Divisoin Sreet, Suite 700
Nashville, TN 37203
gcate@bradley.com

Howard Shapiro
Lindsey H. Chopin
Stacey C.S. Cerrone
PROSKAUER ROSE LLP
650 Poydras St., Suite 1800
New Orleans, LA 70130-6416
howshapiro@proskauer.com
lchopin@proskauer.com
scerrone@proskauer.com

*Counsel for Defendants Retirement Committee of CHS/Community Health Systems, Inc., and CHS/Community Health Systems, Inc*

/s/Daniel Crowell
Leslie Goff Sanders
Daniel Crowell
WEBB SANDERS PLLC

611 Commerce Street
Suite 3102
Nashville, TN 37203
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

***Counsel for Defendants' Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC***