# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Becky Kirk, Perry Ayoob, and Dawn Karzenoski, as representatives of a class of similarly situated persons, and on behalf of the CHS/Community Health Systems, Inc. Retirement Savings Plan, | Case No.: 3:19-cv-00689 |
| | Judge William L. Campbell, Jr. |
| Plaintiff, | Magistrate Judge Barbara D. Holmes |
| vs. | |
| Retirement Committee of CHS/Community Health Systems, Inc., CHS/Community Health Systems, Inc., John and Jane Does 1-20, Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC, | |
| Defendant. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Defendants' Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC, hereby moves for admission to appear pro hac vice in this action. I hereby certify that I am a member in good standing of the United States District Court for the Southern District of Iowa. Attached is a Certificate of Good Standing from the Court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings. The filing fee in the amount of $100.00 is being tendered to the Clerk via the Court's electronic payment system.

Dated: September 3, 2019                    Respectfully submitted,

                                             /s/ Angel A. West

1

Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: (515) 283-3127
Facsimile: (515) 283-8045
Email: aaw@nyemaster.com

### CERTIFICATE OF SERVICE

I certify that, on September 3, 2019, I filed the foregoing document through the Court's CM/ECF system, which will automatically notify and send a copy of the document to:

| | |
|---|---|
| Kai H. Richter, Esq.<br>Paul J. Lukas, Esq.<br>Carl F. Engstrom, Esq.<br>Brock J. Specht, Esq.<br>Jacob T. Schutz, Esq.<br>NICHOLS KASTER, PLLP<br>4600 IDS Center<br>80 S 8th Street<br>Minneapolis, MN 55402<br>krichter@nka.com<br>lukas@nka.com<br>cengstrom@nka.com<br>bspecht@nka.com<br>jschutz@nka.com<br><br>Jerry E. Martin, Esq.<br>David Garrison, Esq.<br>BARRETT JOHNSTON MARTIN & GARRISON, LLC<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>jmartin@barrettjohnson.com<br>dgarrison@barrettjohnston.com<br><br>*Counsel for Plaintiff* | George H. Cate, III<br>Jeffrey W. Sheehan<br>BRADLY ARANT BOULT CUMMINGS LLP<br>1600 Divisoin Sreet, Suite 700<br>Nashville, TN 37203<br>gcate@bradley.com<br><br>Howard Shapiro<br>Lindsey H. Chopin<br>Stacey C.S. Cerrone<br>PROSKAUER ROSE LLP<br>650 Poydras St., Suite 1800<br>New Orleans, LA 70130-6416<br>howshapiro@proskauer.com<br>lchopin@proskauer.com<br>scerrone@proskauer.com<br><br>*Counsel for Defendants Retirement Committee of CHS/Community Health Systems, Inc., and CHS/Community Health Systems, Inc* |

/s/Daniel Crowell
Leslie Goff Sanders
Daniel Crowell
WEBB SANDERS PLLC

611 Commerce Street
Suite 3102
Nashville, TN 37203
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

***Counsel for Defendants' Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC***