UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| Becky Kirk, Perry Ayoob, and Dawn Karzenoski, as representatives of a class of similarly situated persons, and on behalf of the CHS/Community Health Systems, Inc. Retirement Savings Plan | ) ) ) ) ) ) | Civil Action No. 3:19-cv-00689 |
| Plaintiffs, | ) ) | Judge William L. Campbell, Jr. |
| v. | ) ) | Magistrate Judge Barbara D. Holmes |
| Retirement Committee of CHS/Community Health Systems, Inc., CHS/Community Health Systems, Inc., John and Jane Does 1-20, Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION OF KARA P. WHEATLEY *PRO HAC VICE*

The undersigned counsel for Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC (collectively, "the Principal Defendants"), pursuant to L.R. 83.01, hereby moves for the admission of Kara P. Wheatley to appear *pro hac vice* as co-counsel for the Principal Defendants in this action. Ms. Wheatley certifies that she is a member in good standing in the United States District Court for the District of Columbia. Attached is a Certificate of Good Standing from that Court. Ms. Wheatley declares under penalty of perjury that she has not been the subject of any disciplinary proceeding, nor had any criminal charges instituted against her. The filing fee in the amount of $100.00 is being tendered to the Clerk via the Court's electronic payment system.

Respectfully submitted,


/s/ Daniel Crowell
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
Tel: (615) 915-3300
Fax: (866) 277-5494
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

/s/ Kara P. Wheatley
Lars C. Golumbic (*Admitted Pro Hac Vice*)
Samuel I. Levin (*Admitted Pro Hac Vice*)
Kara P. Wheatley (*Pending Admitting Pro Hac Vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW, Ste. 1200
Washington, D.C. 20006
Tel: (202) 861-6339
Fax: (202) 659-4503
lgolumbic@groom.com
slevin@groom.com
kwheatley@groom.com

Leslie C. Behaunek (*Admitted Pro Hac Vice*)
Angel A. West (*Admitted Pro Hac Vice*)
NYEMASTER GOODE, P.C.
700 Walnut Street
Suite 1600
Des Moines, Iowa 50309
Tel: (515) 283-8187
Fax: (515) 283-8045
lcbehaunek@nyemaster.com
aaw@nyemaster.com

*Attorneys for Defendants, Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC*

# CERTIFICATE OF SERVICE

I certify that, on September 26, 2019, I caused the foregoing document to be filed through the Court's CM/ECF system, which will automatically notify and send a copy of the document to:

Kai H. Richter
Paul J. Lukas
Carl F. Engstrom
Brock J. Specht
Jacob T. Schutz
NICHOLS KASTER PLLP

Jerry E. Martin
David W. Garrison
BARRETT JOHNSTON MARTIN & GARRISON, LLC

*Attorneys for Plaintiffs*

Howard Shapiro
Lindsey H. Chopin
Stacey C.S. Cerrone
PROSKAUER ROSE LLP

George H. Cate, III
Jeffrey W. Sheehan
BRADLEY ARANT BOULT CUMMINGS LLP

*Attorneys for Defendants, Retirement Committee of CHS/Community Health Systems, Inc. and CHS/Community Health Systems, Inc.*

/s/ Daniel Crowell
Daniel Crowell (TN #31485)
*Attorney for Defendants, Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC*