# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BECKY KIRK, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 3:19-cv-00689 |
| v. | ) |
| | ) |
| RETIREMENT COMMITTEE OF CHS/ | ) JUDGE CAMPBELL |
| COMMUNITY HEALTH SYSTEMS, INC., | ) MAGISTRATE JUDGE HOLMES |
| ET AL., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Defendants Retirement Committee of CHS/Community Health Systems, Inc., and CHS/Community Health Systems, Inc. ("CHS Defendants"), hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the Eastern District of Louisiana. Attached is a Certificate of Good Standing from that Court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

                                         *s/ Howard Shapiro*

Name and State Bar Number:
Howard Shapiro, Louisiana Bar No. 11968
Business Address: Jackson Lewis P.C., 650 Poydras Street, Suite 1900, New Orleans, LA 70130
Phone: 504-208-1755
Facsimile: 504-208-1759
Email: howard.shapiro@jacksonlewis.com

# CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing has been served via the Court's ECF system on the following, on this the 6th day of March, 2020:

Kai H. Richter, Esq.
Paul J. Lukas, Esq.
Carl F. Engstrom, Esq.
Brock J. Specht, Esq.
Jacob T. Schutz, Esq.
Nichols Kaster, PLLP
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
krichter@nka.com
lukas@nka.com
cengstrom@nka.com
bspecht@nka.com
jschutz@nka.com

Jerry E. Martin, Esq.
David Garrison, Esq.
Barrett Johnston Martin & Garrison, LLC
414 Union Street, Suite 900
Nashville, TN 37219
jmartin@barrettjohnson.com
dgarrison@barrettjohnston.com

*Counsel for Plaintiffs*

                                              *s/ Stacey C.S. Cerrone*
                                              Stacey C.S. Cerrone
                                              Jackson Lewis P.C.
                                              650 Poydras Street Suite 1900
                                              New Orleans, LA 70130
                                              Tel. (504) 208-5867
                                              Fax (504) 208-1759
                                              Stacey.Cerrone@jacksonlewis.com

                                              *Counsel for Defendants Retirement Committee of CHS/Community Health Systems, Inc., and CHS/Community Health Systems, Inc.*