UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| Becky Kirk, Perry Ayoob, and Dawn Karzenoski, as representatives of a class of similarly situated persons, and on behalf of the CHS/Community Health Systems, Inc. Retirement Savings Plan | ) ) ) ) ) ) | Civil Action No. 3:19-cv-00689 |
| Plaintiffs, | ) ) | Judge William L. Campbell, Jr. |
| v. | ) ) | Magistrate Judge Barbara D. Holmes |
| Retirement Committee of CHS/Community Health Systems, Inc., CHS/Community Health Systems, Inc., John and Jane Does 1-20, Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **MOTION FOR ADMISSION OF MARK C. NIELSEN *PRO HAC VICE***

The undersigned counsel for Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC (collectively, "the Principal Defendants"), pursuant to L.R. 83.01, hereby moves for the admission of Mark C. Nielsen to appear *pro hac vice* as co-counsel for the Principal Defendants in this action. Mr. Nielsen certifies that he is a member in good standing in the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that Court. Mr. Nielsen declares under penalty of perjury that he has not been the subject of any disciplinary proceeding, nor had any criminal charges instituted against him. The filing fee in the amount of $100.00 is being tendered to the Clerk via the Court's electronic payment system.

Respectfully submitted,

/s/Daniel Crowell
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
WEBB SANDERS PLLC
611 Commerce Street, Suite 3102
Nashville, TN 37203
Tel: (615) 915-3300
Fax: (866) 277-5494
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

/s/Mark C. Nielsen
Lars C. Golumbic (*Admitted Pro Hac Vice*)
Samuel I. Levin (*Admitted Pro Hac Vice*)
Kara P. Wheatley (*Admitted Pro Hac Vice*)
Mark C. Nielsen (*Pending Admission Pro Hac Vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW, Ste. 1200
Washington, D.C. 20006
Tel: (202) 861-6339
Fax: (202) 659-4503
lgolumbic@groom.com
slevin@groom.com
kwheatley@groom.com
mcn@groom.com

Leslie C. Behaunek (*Admitted Pro Hac Vice*)
Angel A. West (*Admitted Pro Hac Vice*)
NYEMASTER GOODE, P.C.
700 Walnut Street
Suite 1600
Des Moines, Iowa 50309
Tel: (515) 283-8187
Fax: (515) 283-8045
lcbehaunek@nyemaster.com
aaw@nyemaster.com

*Attorneys for Defendants, Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC*

## CERTIFICATE OF SERVICE

I certify that, on June 17, 2020, I caused the foregoing document to be filed through the Court's CM/ECF system, which will automatically notify and send a copy of the document to:

| | |
|---|---|
| Kai H. Richter, Esq.<br>Paul J. Lukas, Esq.<br>Carl F. Engstrom, Esq.<br>Brock J. Specht, Esq.<br>Jacob T. Schutz, Esq.<br>NICHOLS KASTER, PLLP<br>4600 IDS Center<br>80 S 8th Street<br>Minneapolis, MN 55402<br>krichter@nka.com<br>lukas@nka.com<br>cengstrom@nka.com<br>bspecht@nka.com<br>jschutz@nka.com<br><br>Jerry E. Martin, Esq.<br>David Garrison, Esq.<br>BARRETT JOHNSTON MARTIN & GARRISON, LLC<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>jmartin@barrettjohnson.com<br>dgarrison@barrettjohnston.com | Howard Shapiro<br>Stacey C.S. Cerrone, Esq.<br>Lindsey Chopin, Esq.<br>Jackson Lewis P.C.<br>650 Poydras Street, Suite 1900<br>New Orleans, Louisiana 70130<br>howard.shapiro@jacksonlewis.com<br>stacey.cerrone@jacksonlewis.com<br>lindsey.chopin@jacksonlewis.com<br><br>George H. Cate, III, Esq.<br>Jeffrey W. Sheehan, Esq.<br>BRADLEY ARANT BOULT CUMMINGS, LLP<br>1600 Division Street, Suite 700<br>P.O. Box 340025<br>Nashville, TN 37203<br>gcate@bradley.com<br>jsheehan@bradley.com |

/s/ Daniel Crowell
Daniel Crowell (TN #31485)
*Attorney for Defendants, Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC*