FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Becky Kirk, Perry Ayoob, and Dawn Karzenoski, as representatives of a class of similarly situated persons, and on behalf of the CHS/Community Health Systems, Inc. Retirement Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Retirement Committee of CHS/Community Health Systems, Inc., CHS/Community Health Systems, Inc., John and Jane Does 1-20, Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC,<br><br>Defendants. | Case No. 3:19-cv-00689<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Judge Barbara D. Holmes<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiffs Becky Kirk, Perry Ayoob, and Dawn Karzenoski (collectively "Plaintiffs") will and hereby do move this Court for an Order: (1) preliminarily approving the Parties' Class Action Settlement Agreement; (2) approving the proposed Notice of Settlement and authorizing distribution of the Notice; (3) certifying the proposed Settlement Class for purposes of Settlement; (4) scheduling a final Fairness Hearing; (5) continuing the stay of this litigation until the Effective Date of the Settlement; and, (6) granting such other relief as set forth in the proposed Preliminary Approval Order submitted herewith.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e), and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Kai Richter and exhibits thereto, the Declarations of Becky Kirk, Perry Ayoob, and Dawn Karzenoski, the Parties' Settlement Agreement, and all files, records, and proceedings in this matter.

The CHS/ Defendants do not oppose the ultimate relief sought in this motion but do dispute many of the averments and contentions found in Plaintiffs' moving papers and exhibits.

Dated December 4, 2020         */s/ Kai Richter*
Kai Richter
**NICHOLS KASTER, PLLP**
Kai H. Richter, MN Bar No. 0296545*
Paul J. Lukas, MN Bar No. 22084X*
Carl F. Engstrom, MN Bar No. 0396298*
Brock J. Specht, MN Bar No. 0388343*
Jacob T. Schutz, MN Bar No. 0395648*
   * admitted *pro hac vice*
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
krichter@nka.com
lukas@nka.com
cengstrom@nka.com
bspecht@nka.com
jschutz@nka.com


**BARRETT JOHNSTON MARTIN & GARRISON, LLC**
Jerry Martin, TN BPR No. 20193
David Garrison TN BPR No. 24968
Philips Plaza
414 Union Street, Suite 900
Nashville, TN  37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
jmartin@barrettjohnston.com

ATTORNEYS FOR PLAINTIFFS

1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2020, a true and accurate copy of the foregoing *Plaintiffs' Motion for Preliminary Approval of Class Action Settlement* was filed electronically using the Court's CM/ECF system, which will send a notice of electronic filing to the following:

Stacey C.S. Cerrone
Lindsey Chopin
Howard Shapiro
JACKSON LEWIS P.C.
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759
E-mail:
Stacey.Cerrone@jacksonlewis.com
Lindsey.Chopin@jacksonlewis.com
Howard.Shapiro@jacksonlewis.com

George H. Cate, III, BPR #12595
Jeffrey W. Sheehan, BPR #33534
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
Telephone: 615-244-2582
gcate@bradley.com
jsheehan@bradley.com

Leslie Goff Sanders, Esq.
Daniel Crowell, Esq.
WEBB SANDERS PLLC
611 Commerce Street, Suite 3102
Nashville, TN 37203
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

Angel West, Esq.
Leslie Behaunek, Esq.
NYEMASTER GOODE, PC
700 Walnut Street, Suite 1600
Des Moines, IA 50309
aaw@nyemaster.com
lcbehaunek@nyemaster.com

Lars C. Golumbic, Esq.
Samuel I. Levin, Esq.
Kara P. Wheatley, Esq.
Elizabeth Woods, Esq.
Mark C. Nielsen, Esq.
GROOM LAW GROUP
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
lgolumbic@groom.com
slevin@groom.com
kwheatley@groom.com
ewoods@groom.com
mcn@groom.com

/s/Kai Richter
Kai Richter