# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **BECKY KIRK, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:19-cv-00689 |
| ) | |
| **RETIREMENT COMMITTEE OF** ) | JUDGE CAMPBELL |
| **CHS/COMMUNITY HEALTH** ) | MAGISTRATE JUDGE HOLMES |
| **SYSTEMS, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the Unresisted Motion to Transfer Venue filed by Defendants Principal Life Insurance Company, Principal Management Corporation, and Principal Global Investors, LLC (collectively "Principal Defendants"). (Doc. No. 110). Under 28 U.S.C. § 1404(a), the Court may – for the convenience of parties and witnesses, and in the interest of justice – transfer any civil action to another federal district if "all parties have consented." 28 U.S.C. § 1404(a). Principal Defendants inform the Court that the plaintiffs do not oppose the transfer of this case to the Southern District of Iowa. In addition, for the reasons identified in Principal Defendants' supporting memorandum, the transfer of this case to the Southern District of Iowa would be for the convenience of the parties and witnesses and be in the interest of justice. Accordingly, the Motion (Doc. No. 110) is **GRANTED**, and this case is to be transferred to the U.S. District Court for the Southern District of Iowa.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE